IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 22-CR-430-JFH-11 |
| DONNIE ALLEN OWNBEY, | |
| Defendant. | |

**Government's Motion to Dismiss Without Prejudice**

Pursuant to Fed. R. Crim. P. 48(a), the Government respectfully moves this Court to dismiss without prejudice the Superseding Indictment (Dkt. 120) filed against this Defendant DONNIE ALLEN OWNBEY in the above-styled cause.

The Government requests to dismiss the pending Superseding Indictment against DONNIE OWNBEY in the interest of justice.

Defense Attorney Mr. Scott Troy has no objection to the Government's *Motion*.

Wherefore, premises considered, Plaintiff prays that the instant *Motion* be granted, and for all other proper relief.

Dated this 30th day of January, 2024.

> Respectfully submitted,
>
> CLINTON J. JOHNSON
> UNITED STATES ATTORNEY
>
> */s/ Mandy M. Mackenzie*
> Mandy M. Mackenzie, WABA #55836
> Assistant United States Attorney
> 110 West 7th Street, Suite 300
> Tulsa, Oklahoma 74119
> (918) 382-2700

## Certificate of Service

I hereby certify that on the 30th day of January, 2024, a copy of the foregoing document was mailed to the following recipients.

Scott Troy
*Attorney for Donnie Ownbey*

> */s/ Mandy M. Mackenzie*
> Mandy M. Mackenzie
> Assistant United States Attorney