# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Case No.  22-CR-430-JFH |
| **JUAN RANGEL-ORTIZ,** **ELVIA TOMASA REYES,** **BRANDON BRYAN LEE,** **CARLOS RODRIGUEZ-HERRERA,** **JESSICA CHILDERS,** **GABRIEL SILVA-ESPARZA,** **EMANUEL HARDIMAN,** **BOBBY THOMAS,** **DONNIE OWNBEY,** **BRANDON DEWAYNE LEROY AUSTIN,** **AMBER BRUMMETT,** **CAROL WATTS,** **DAVID MILLER,** **MICHAEL HELTON,** **MICHAEL COLEMAN,** **GARY STOTTLEMYRE,** **JENNIFER WAGGONER,** **ANTHONY BUMGARNER,** | |
| **Defendants.** | |

## ORDER TERMINATING SERVICES OF
## COORDINATING DISCOVERY ATTORNEY

On June 21, 2023, the Court appointed John C. Ellis, Jr., as Coordinating Discovery Attorney for court-appointed defense counsel in this matter. Dkt. No. 262. Given the status of this matter, there is no further need for a Coordinating Discovery Attorney in this case.

IT IS THEREFORE ORDERED that the services of the Coordinating Discovery Attorney with respect to this case, as set forth in Dkt. No. 262, are hereby terminated.

Dated this 6th day of May 2024.

*[signature]*
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE

Case 4:22-cr-00430-JFH   Document 518 Filed in USDC ND/OK on 05/06/24   Page 2 of 2